

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                          **(312) 435-5670**
**Clerk**

## Transfer of Criminal Case

9/05/2024

USDC District of Maine

Case Title:  USA v. Massimo Frangella

Northern District of Illinois Case No.:  24cr407    Other Court's Case No.:  1:24-cr-00099-JAW

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                                        ☐ In    ☒ Out

☒ Order.
☐ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**                    ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                        Sincerely,
                                        Thomas G. Bruton, Clerk of Court

                                        By: /s/Jenny E. Jauregui
                                              Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                        Clerk, U.S. District Court
Date:                                   By:
                                        Deputy Clerk

Revised 10/03/16